# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 2:14-cr-36** |
| **v.** | **Judge Peter C. Economus** |
| **LISA MELICK,** | **ORDER** |
| **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 25) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

/s/ Peter C. Economus
UNITED STATES DISTRICT JUDGE